Argued and submitted June 9, 2016, affirmed June 14, 2017

GUSTAVO CONDE SOTO,
*Petitioner-Appellant,*

*v.*

STATE OF OREGON,
*Defendant-Respondent.*

Yamhill County Circuit Court
CV110756; A157523

395 P3d 959

John E. Storkel argued the cause and filed the brief for appellant.

Paul L. Smith, Deputy Solicitor General, argued the cause for respondent. With him on the brief was Ellen F. Rosenblum, Attorney General.

Before Duncan, Presiding Judge, and DeVore, Judge, and Garrett, Judge.*

PER CURIAM

Affirmed. *Chavez v. State of Oregon*, 283 Or App 788, 391 P3d 801 (2017).

_____

* Garrett, J., *vice* Flynn, J. pro tempore.